IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WESLEY DILLARD,
ADC #116862                                                                                  PLAINTIFF

V.                              CASE NO. 3:18-CV-47-JM-BD

DAVID CARTER, et al.                                                                    DEFENDANTS

## ORDER

Mr. Dillard, an Arkansas Department of Correction inmate, filed this lawsuit claiming that the Defendants violated his constitutional rights while he was detained at the Greene County Detention Center ("Detention Center"). (Docket entry #2) Because Mr. Dillard included multiple, unrelated claims, however, he was required to file an amended complaint that included only related claims. (#6)

Mr. Dillard then filed an amended complaint claiming that Defendants denied him constitutionally adequate medical care. (#7) However, he failed to identify the Defendants who denied him proper treatment. As a result, the Court provided Mr. Dillard an opportunity to identify the individuals who were responsible for providing his medical care and explain what injuries he sustained as a result of their conduct.

Mr. Dillard has now filed a second amended complaint identifying Dr./APN Bagwell and APN/LPN Huggins as Defendants. Accordingly, service is now proper for those Defendants.

The Clerk is instructed to prepare summonses for Defendants Bagwell and Huggins. The United States Marshal is directed to serve a copy of Mr. Dillard's original,

amended, and second amended complaints (#2, #7, #14), as well summonses for these Defendants, without prepayment of fees and costs or security. Service for the Defendants should be through Greene County Detention Center, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

Mr. Dillard's claims against the other named Defendants will be addressed in a separate recommendation.

In addition, Mr. Dillard has filed a pleading inquiring about the status of this lawsuit and asking the Court whether the Defendants have been served. (#15) This service order should answer Mr. Dillard's question. The motion (#15) is denied, as moot.

IT IS SO ORDERED, this 30th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE