IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WESLEY DILLARD,
ADC #116862                                                              PLAINTIFF

V.                          CASE NO. 3:18-CV-47-JM-BD

DAVID CARTER, et al.                                                     DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Dillard's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Dillard's claims against Carter, Huckabee, Crittendon, Jones, Oklahoma Corrections Medical Service, Bircham, Underwood, Ryan, and the Doe Defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate those Defendants.

IT IS SO ORDERED, this 6th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE