IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WESLEY DILLARD,
ADC #116862                                                                                           PLAINTIFF

V.                              CASE NO. 3:18-CV-47-JM-BD

DAVID CARTER, *et al.*                                                                             DEFENDANTS

## ORDER

Mr. Dillard has moved for a default judgment against the Defendants. (Docket entry #27) The Court has dismissed Mr. Dillard's claims against Defendants Carter, Huckabee, Crittendon, Jones, Oklahoma Corrections Medical Service, Bircham, Underwood, Ryan, and the Doe Defendants. (#21) On June 25, 2018, summonses were returned executed for Defendants Bagwell and Huggins, the only remaining Defendants. (#24, #25) Their answers are not yet due, and Mr. Dillard's motion for default judgment (#27) is DENIED, as premature.

IT IS SO ORDERED, this 5th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE