IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES WESLEY DILLARD,
ADC #116862                                                                                      PLAINTIFF

V.                              CASE NO. 3:18-CV-47-BD

DAVID CARTER, et al.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 17th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE